Dismissed and Memorandum Opinion filed June 12, 2003









Dismissed and Memorandum Opinion filed June 12, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00219-CV

____________

 

DON R. WINKLES AND UNITED BUILDERS, INC.,
Appellants

 

V.

 

KELLOGG BROWN & ROOT, INC., Appellee

 



 

On Appeal from the 133rd District Court

Harris
County, Texas

Trial
Court Cause No.  00-10083

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed December 13, 2002.  

On April 22, 2003, appellants filed motion to dismiss the
appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 12, 2003.

Panel consists of Justices Yates,
Hudson and Frost.